# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2765

_____

United States of America,            *
                                     *
              Appellee,              *
                                     *     Appeal from the United States
       v.                            *     District Court for the
                                     *     Western District of Arkansas.
Francisco Gomez, also known as       *
Francisco Mateo-Gomez, also known    *         [UNPUBLISHED]
as Mario Hernandez, also known as    *
Francisco Mateo,                     *
                                     *
              Appellant.             *

_____

Submitted: February 22, 2012
Filed: February 23, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Francisco Gomez pleaded guilty to illegally re-entering the United States after being deported following the commission of an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). The district court[1] sentenced Gomez to serve 46 months in prison and 3 years of supervised release, and ordered him to pay a $3,000 fine.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Gomez then filed this appeal, in which his counsel has moved to withdraw and has submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of the prison sentence. We apply a presumption of reasonableness to the prison sentence, which falls at the bottom of the advisory Guidelines range, and we conclude that Gomez has failed to rebut that presumption. <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007). Accordingly, the substantive-reasonableness challenge fails.

We have also reviewed the record for nonfrivolous issues, as required under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we find no such issues on this record. Accordingly, the judgment of the district court is affirmed, and we grant counsel's motion to withdraw.

_____